BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 03-40063 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING SUPERVISED |
| | ) | RELEASE VIOLATION AND |
| | ) | DISPOSITION HEARING |
| VERONICA HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release violation and disposition hearing in this case, currently scheduled for Friday, January 30, 2009, at 10:00 a.m., may be continued to Tuesday, February 10, 2009, at 10:00 a.m. for supervised release violation and disposition hearing. The reason for the request is that Ms. Henderson is suffering from an allergic reaction to her eyes and eyelids which started late last week. She has requested the medication from Santa Rita medical personnel which has been ordered but it will take approximately a week for the infection to clear once she receives the medication. Ms. Henderson

*U S v. Henderson*, CR 03-40063 SBA;
Stip. Continuing Court Date                                          - 1 -

would like to appear before the Court for the supervised release violation hearing after the eye infection has had a chance to clear so that she can focus on the hearing without the distraction of her medical condition.

There is no need to exclude time in accordance with the provisions of the Speedy Trial Act because this is a supervised release violation and the Act does not apply.

DATED: January 26, 2009  /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 26, 2009  /s/
ANDREW HUANG
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release violation and disposition hearing in this case, currently scheduled for Friday, January 30, 2009, at 10:00 a.m., may be continued to Tuesday, February 10, 2009, at 10:00 a.m. for supervised release violation and disposition hearing.

SO ORDERED.

DATED:   1/26/09

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge